IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STANLEY WANLASS, an individual; and )
RENAISSANCE INTERNATIONAL, )
INC., an Oregon corporation, )
                     )
          Plaintiffs, )      Civil Case No. 02-501-KI
                     )
    vs. )      ORDER OF DISMISSAL
                     )
SHAWN D. OLFMAN, an individual; )
JERRY A. OLFMAN, an individual; CLE )
OWNERS, INC., a foreign corporation; )
OLFMAN BROTHERS, a foreign )
partnership; OLFMAN BROTHERS, INC., )
a foreign corporation; and S & J OLFMAN, )
a foreign partnership, )
                     )
         Defendants. )

     Leonard D. DuBoff
     Christopher W. Brown
     The DuBoff Law Group, LLC
     6665 S.W. Hampton Street, Suite 200
     Portland, Oregon  97223-8357

        Attorneys for Plaintiffs

Jerry Alan Olfman
70 Polson Avenue
Winnipeg MB R2W 0M2
CANADA

Shawn David Olfman
346 Matheson Avenue
Winnipeg MB R2W 0C8
CANADA

      Pro Se Defendants

KING, Judge:

Plaintiffs submitted evidence of the parties' settlement agreement.  The court grants

Plaintiffs' Motion to Dismiss.  This action is dismissed with prejudice and without costs or

attorney fees awarded to any party.

IT IS SO ORDERED.

Dated this _____23rd_____ day of March, 2007.


          ____/s/ Garr M. King_____
          Garr M. King
          United States District Judge